# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | 1:24-mj-00102-SAB |
| Michael Joseph Santillan, | ) | Case No. 1:24-cr-109 |
| | ) | |
| Defendant. | ) | |

On August 7, 2024, the grand jury returned a Superseding Indictment charging Defendant and others with conspiring to distribute and possess with intent to distribute controlled substances. (Doc. No. 9). An arrest warrant for Defendant was subsequently issued. (Doc. Nos. 12, 15)

The court has been advised the arrest warrant for Defendant was executed in the Eastern District of California on September 6, 2024, and that Defendant is now in custody awaiting his appearance before a judicial officer in that district. As Defendant is now in custody, the court directs the Clerk's office to unseal this case as it pertains to Defendant.

**IT IS SO ORDERED.**

Dated this 6th day of September 2024, nunc pro tunc.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court